

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00472-CV

| | | |
|---|---|---|
| Carina Ribeiro Zappavigna | § | From the 360th District Court |
| | § | of Tarrant County (360-473706-10) |
| v. | | |
| | § | March 28, 2013 |
| Joseph Zappavigna | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By_____
Justice Bob McCoy